JEFFREY R. SECKEL – State Bar No. 17973200
J. MARK CHEVALLIER – State Bar No. 04189170
McGuire Craddock & Strother, P.C.
2501 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Phone: 214.954.6800
Fax: 214.954.6850
Email: jseckel@mcslaw.com
Email: mchevallier@mcslaw.com

ATTORNEYS FOR JOHN DUDINSKY, JR.,
RONALD G. GEARY, THOMAS HANSEN AND DOYLE PRIVETT

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> SOPOREX, INC., § <br> § <br> Debtor. § <br> § <br> § <br> DIANE REED, CHAPTER 7 TRUSTEE, § <br> § <br> v. § <br> § <br> JOHN DUDINSKY, JR., RONALD G. § <br> GEARY, THOMAS HANSEN, MICKEY § <br> LETSON, STEPHEN D. LINEHAN, § <br> DOYLE PRIVETT, RICHARD J. § <br> SABOLIK and SCOTT D. SMITH § | CASE NO. 08-34174-bjh-7 <br><br><br><br><br><br> ADVERSARY NO. 11-03306-bjh |

APPENDIX TO BRIEF IN SUPPORT OF
MOTION TO DISMISS FILED BY JOHN DUDINSKY, JR.,
RONALD G. GEARY, THOMAS HANSEN and DOYLE PRIVETT

| Tab 1 | Inv.Dir.0001 – Inv.Dir.0002: <br> **Exhibit A:** <br> Summary of the specific "conduct" pled by the Trustee against the Outside Directors for alleged breaches of their fiduciary duties of loyalty and due care |
|---|---|

| Tab 2 | Inv.Dir.0003 – Inv.Dir.0008:<br>**Exhibit B**:<br>Summary of the "factual allegations" made against the Directors by the Trustee |
|---|---|
| Tab 3 | Inv.Dir.0009 – Inv.Dir.0036:<br>**Exhibit C**:<br>First Amendment to Amended and Restated Certificate of Incorporation of Soporex, Inc. dated April 24, 2007; and, Amended and Restated Certificate of Incorporation of Soporex, Inc. dated March 31, 2006 |
| Tab 4 | Inv.Dir.0037 – Inv.Dir.0042:<br>**Exhibit D**:<br>March 2006 Letter agreement between Soporex and CareCentric |
| Tab 5 | Inv.Dir.0043 – Inv.Dir.0068:<br>**Exhibit E**:<br>Trustee's First Amended Complaint<br>Case No. 10-03126-bjh<br>*In re soporex, Inc., et al. // Diane G. Reed, as Chapter 7 Trustee of Soporex, Inc. and Soporex Respiratory, Inc. v. CareCentric National, LLC, CareCentric, Inc., Mestek, Inc., Stewart B. Reed, John R. Festa, Lyle W. Newkirk, Ralph Capasso, Stephen M. Shea and Steven F. Olearcek* |

Respectfully submitted,

/s/ Jeffrey R. Seckel (06-01-11)
**JEFFREY R. SECKEL**
    State Bar No. 17973200
**J. MARK CHEVALLIER**
    State Bar No. 04189170

**McGuire, Craddock & Strother, P.C.**
2501 North Harwood Street, Suite 1800
Dallas, TX 75201
Phone: 214.954.6800
Fax: 214.954.6850
Email: jseckel@mcslaw.com
Email: mchevallier@mcslaw.com

**ATTORNEYS FOR DEFENDANTS: JOHN DUDINSKY, JR., RONALD G. GEARY, THOMAS HANSEN and DOYLE PRIVETT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was served via electronic mail on all ECF participants on this, the 1st day of June, 2011.

/s/ Jeffrey R. Seckel (06-01-11)
**JEFFREY R. SECKEL**